USDC SCAN INDEX SHEET










```
ELC    10/6/98    13:57
3:98-M -02589    USA V. LEYVA
*1*
*CRCMP.*
```

Complaint

**FILED**

98 OCT -5 AM 10: 53

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

'98 mg 2589

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Docket No: Case No. |
| v | COMPLAINT for VIOLATION of |
| ANTONIO FELIX LEYVA | U.S.C. Title 18 Section 1073 |

BEFORE _____, San Diego, California
Name of Magistrate                         Address of Magistrate

**The undersigned complainant being duly sworn states:**

That on or about April 4, 1998, at San Diego, California

Southern District of California

ANTONIO FELIX LEYVA

did knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution under the laws of the State of California for the crimes of Murder with Firearm Use, (1 count), a felony in violation of California Penal Code section 187(a) and Conspiracy to Commit Murder with Firearm Use, (1 count), a felony in violation of California Penal Code section 12022.5(a), and for whom the Municipal Court of California, County of San Diego, San Diego Judicial District, issued a Warrant of Arrest, Case No. CD136097, on April 16, 1998, said conduct in violation of Title 18, United States Code, section 1073.

**And the complainant states that this complaint is based on:**

The attached affidavit of Special Agent Alexander A. Ford, which is incorporated by reference herein.

_Alexander A. Ford_
Signature of Complainant

ALEXANDER A. FORD.
Special Agent, FBI
Official Title

Sworn to before me, and subscribed in my presence,

_Oct. 5_, 19_98_

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

<u>AFFIDAVIT</u>

I, Alexander A. Ford, being duly sworn, depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the San Diego, California office. I currently investigate Title 18 U.S.C. 1073 (Unlawful Flight to Avoid Prosecution) violations.

2. This affidavit is made in support of a complaint charging Antonio Felix Leyva, with Unlawful Flight to Avoid Prosecution, a violation of Title 18, U.S.C., Section 1073.

3. On September 2, 1998, Robert L. Locke, Assistant Chief, Case Issuance and Extraditions Division, Office of the District Attorney, San Diego, California requested FBI assistance in locating and apprehending Antonio Felix Leyva. Locke said that a criminal complaint was filed in the Municipal Court of California, County of San Diego, San Diego Judicial District on April 16, 1998 charging him with the following felonies: Murder with Firearm Use, violation of California Penal Code, Section 187(a), one count, and Conspiracy to Commit Murder with Firearm Use, violation of California Penal Code, Section 12022.5(a), one count. Locke also advised that on April 17, 1998, a warrant of arrest for Leyva was issued by the San Diego Municipal Court.

4. Locke advised that on March 17, 1998, Juan Jose Perez was shot at Guadalupe Martinez' residence in National City, California by a small caliber pistol. Three suspects,

1

identified as Edgar Felix Martinez, Osvaldo Felix Leyva and Antonio Felix Leyva, were involved in the confrontation. Osvaldo Felix Leyva and Antonio Felix Leyva are brothers and a cousin of Edgar Felix Martinez. The three suspects ran from the residence after Antonio Leyva pulled the phone from the wall and fled in a Ford Tempo. Perez was taken to Mercy Hospital, where he was pronounced brain dead and removed from life support on March 18, 1998.

5. Locke advised all three suspects are from Sinaloa, Mexico. Edgar Felix Martinez is from the town of Culiacan on ranch called "Ottatillos Badiraguato." This is a ranch where his family resides and all three suspects hang out together.

6. Locke advised that Carlos Martinez, brother of suspect Edgar Felix Martinez, stated on the day of the murder, following the murder, Edgar Felix Martinez called and begged to be taken to Tijuana, but Carlos Martinez refused.

7. Additionally, on April 4, 1998, National City Police Officers contacted Wendy Esmeralda Felix-Leyva and Maria Isabel Velarde-Pina, after they had taken possession of several bags filled with clothing belonging to the suspects at the house of Carlos Martinez. Wendy Esmeralda Felix-Leyva claimed she took custody of the clothing because she was told the clothing would be burned and she wanted to keep it safe for the three suspects (who are her brothers and cousin). Wendy Esmeralda Felix-Leyva informed officers she did not know where the suspects were located. Maria Isabel Velarde-Pina told officers she was asked by Wendy Esmeralda Felix-Leyva to assist with the clothing and that the bags were destined for three

2

male relatives of hers who were on their family ranch in Cotatiyo, Sinaloa, Mexico.

8. Locke requested the assistance of the FBI in locating and apprehending Leyva under the provisions of the Unlawful Flight to Avoid Prosecution statute, Title 18, United States Code, Section 1073, since Leyva has not been arrested on the outstanding California warrant dated April 17, 1998, because it appears he has fled the State of California to avoid prosecution for the above described offenses. If Leyva is located within the United States, Locke's office will immediately begin extradition

9. Antonio Felix Leyva is described as follows:

| | |
|---|---|
| Name: | Antonio Felix Leyva |
| Aliases: | None |
| DOB: | February 18, 1975 |
| Race: | Hispanic |
| Sex: | Male |
| Height: | 5'06" |
| Weight: | 110 pounds |
| Build: | Thin |
| Hair: | Brown |
| Eyes: | Green |
| DA Number: | PA941303 |

*Alexander A. Ford*
Alexander A. Ford
Special Agent, FBI
San Diego, California

Subscribed and sworn to before me this 5th day of October, 1998.

*Cynthia X. Clauson*
United States Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ANTONIO FELIX LEYVA ) | |

| WARRANT ISSUED ON THE BASIS OF: | Magistrate's Case No. **'98 mg 2589** |
|---|---|
| __ Failure to Appear   __ Order of Court | |
| __ Indictment          __ Information | **WARRANT FOR ARREST** |
| X  Complaint | |
| **TO:** | **NAME AND ADDRESS OF PERSON TO BE ARRESTED:** |
| Any U.S. Marshal or other authorized officer | ANTONIO FELIX LEYVA |
| **DISTRICT OF ARREST:** | **CITY OF ARREST:** |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer the charge(s) listed below.

### DESCRIPTION OF CHARGES

Unlawful Flight to Avoid Prosecution

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 1073 |
| **BAIL** | **OTHER CONDITIONS OF RELEASE** | |

| ORDERED BY | | DATE ORDERED |
|---|---|---|
| CYNTHIA G. AARON U.S. MAGISTRATE JUDGE | | OCT - 5 1998 |
| **CLERK OF COURT/U.S. MAGISTRATE JUDGE** | **BY** /s/ | **DATE ISSUED** OCT - 5 1998 |

RETURN

**THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |